# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Kentucky

Eastern District of Kentucky
**FILED**
Jan - 07 2020
Robert R. Carr
Clerk, U.S. District Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Larry D. Foley, Jr. ████████████ ████████████ | ) Case No. |
| | ) 20-MJ-5002 |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2020__ in the county of __Madison__ in the __Eastern__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18/2252(a)(4)(B) | Knowing possession of one or more matters which contain any visual depiction that has been shipped or transported using any means or facility of interstate or foreign commerce, including by computer, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct. |

This criminal complaint is based on these facts:
See attached affidavit of FBI Special Agent Kimberly Hill Kidd.

☑ Continued on the attached sheet.

Signed remotely per FRCP 4.1. See addendum.

_____
*Complainant's signature*

SA Kimberly Hill Kidd, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/07/2020

_____
*Judge's signature*

City and state: Lexington, Kentucky

U. S. Magistrate Judge Matthew A. Stinnett
*Printed name and title*