AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Larry D. Foley, Jr. (DOB: ██ 1971), White Male, | ) | Case No. |
| 236 Elkmont Dr., Berea, KY 40403 | ) | 20-MJ-5002 |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 6, 2020____ in the county of ____Madison____ in the

____Eastern____ District of ____Kentucky____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18/2252(a)(4)(B) | Knowing possession of one or more matters which contain any visual depiction that has been shipped or transported using any means or facility of interstate or foreign commerce, including by computer, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Kimberly Hill Kidd.

☑ Continued on the attached sheet.

Signed remotely per FRCP 4.1.  See addendum.

*Complainant's signature*

SA Kimberly Hill Kidd, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date:   ____01/07/2020____

*Judge's signature*

City and state:   ____Lexington, Kentucky____   U. S. Magistrate Judge Matthew A. Stinnett

*Printed name and title*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

MAGISTRATE CASE NO.  20-MJ-5002

IN THE MATTER OF THE SEARCH
OF 236 ELKMONT DRIVE, BEREA,
KENTUCKY 40403 AND ALL ASSOCIATED
OUT BUILDINGS; PERSON OF LARRY D. FOLEY; JR.
WHITE 2005 CHEVROLET SILVERADO,
VIN# 1GCHK23205F828821; MAUVE 2013 HYUNDAI
SANTA FE, VIN# KM8SNDHF7DU010612; AND
MAUVE 2013 HYUNDAI GENESIS,
VIN# KMHGC4DD8DU256374

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION UNDER RULE 41 FOR A
## WARRANT TO SEARCH AND SEIZE

\* \* \* \* \* \* \* \*

I, Kimberly Hill Kidd, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the FBI and have been since February 2002.  As such, I

am a federal law enforcement officer authorized to investigate violations of federal law and to

apply for and execute warrants issued under the authority of the United States.  I investigate

various federal crimes, including those involving child pornography and child exploitation.

Before becoming a Special Agent, I was a Psychological Associate for a private counseling

practice for seven years, where I specialized in providing counseling to preteen and teenage girls.

I have extensive law enforcement training in child exploitation crimes, and most of my caseload

consists of child exploitation crimes involving the internet and computer equipment.  I have

attended numerous in-services, trainings, and have completed on-line training in relation to computer crimes against children and computer crimes in general.

2.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises known as 236 Elkmont Drive, Berea, Kentucky 40403, which is located in Madison County, which is in the Eastern District of Kentucky, hereinafter "PREMISES," further described in Attachment A, for the things described in Attachment B.  The location and items to be searched are described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2252(a)(4) (B) further described in Section I of Attachment B.  Upon receipt of the items described in Paragraph 1 of Attachment B, government authorized persons will review those items to locate the information described in the remainder of Attachment B.

3.      This affidavit is based upon my personal knowledge as well as information obtained from witnesses, including other law enforcement officers.  This affidavit is intended to show only that there is sufficient probable cause for the requested warrant, and therefore, this affidavit does not contain all of the information known to me and other law enforcement officers involved in this investigation.

## STATUTORY AUTHORITY

4.      This investigation concerns alleged violations of 18 U.S.C. § 2252(a)(2) and § 2252(a)(4)(B), relating to material involving the sexual exploitation of minors.

a.      18 U.S.C. § 2252(a)(2) prohibits knowingly receiving or distributing any child pornography that has been mailed or shipped or transported in interstate or foreign commerce by any means, including by computer.

2

b.      18 U.S.C. §2252(a)(4)(B) prohibits a person from knowingly possessing or knowingly accessing with intent to view any material that contains a visual depiction of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct, that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## DEFINITIONS

5.      The following definitions apply to this Affidavit and attachments hereto:

a.      "Child Pornography," as used herein, is defined in 18 U.S.C. § 2256(8) as any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

b.      "Computer," as used herein, is defined pursuant to 18 U.S.C. § 1030(e)(1) as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

c.      "Computer Server" or "Server," as used herein, is a computer that is attached to a dedicated network and serves many users. A web server, for example, is a computer which hosts the data associated with a website. That web server receives requests from a user and delivers information from the server to the user's computer via the Internet. A domain name system ("DNS") server, in essence, is a computer on the Internet that routes communications when a user types a domain name, such as www.cnn.com, into his or her web browser. Essentially, the domain name must be translated into an Internet Protocol ("IP") address so the computer hosting the web site may be located, and the DNS server provides this function.

d.      "Computer hardware," as used herein, consists of all equipment which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Computer hardware includes any data-processing devices (including, but not limited to, central processing units, internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, and other memory storage devices); peripheral input/output devices (including, but not limited to, keyboards, printers, video display monitors, and

3

related communications devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including, but not limited to, physical keys and locks).

e.      "Computer software," as used herein, is digital information which can be interpreted by a computer and any of its related components to direct the way they work. Computer software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

f.      "Computer-related documentation," as used herein, consists of written, recorded, printed, or electronically stored material which explains or illustrates how to configure or use computer hardware, computer software, or other related items.

g.      "Computer passwords, pass-phrases and data security devices," as used herein, consist of information or items designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password or pass-phrase (a string of alpha-numeric characters) usually operates as a sort of digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software of digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the process to restore it.

h.      "Digital camera" can be a standalone camera or be embedded into a Smartphone. This device records pictures as digital picture files, rather than by using photographic film. Digital cameras use a variety of fixed and removable storage media to store their recorded images. Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader. Removable storage media include various types of flash memory cards or miniature hard drives. Most digital cameras also include a screen for viewing the stored images. This storage media can contain any digital data, including data unrelated to photographs or videos.

i.      "GPS" is a navigation device that uses the Global Positioning System (generally abbreviated "GPS") to display its current location. A GPS can either be a standalone device or it can be embedded into a Smartphone. It often contains records of the locations where it has been. Some GPS navigation devices can give a user directions to another location. These devices can contain records of the addresses or locations involved in such navigation. The Global Positioning System consists of 24 NAVSTAR satellites orbiting the Earth. Each satellite contains an extremely accurate clock. Each satellite repeatedly transmits by radio a mathematical representation of the current time,

4

combined with a special sequence of numbers.  These signals are sent by radio, using specifications that are publicly available.  A GPS antenna on Earth can receive those signals.  When a GPS antenna receives signals from at least four satellites, a computer connected to that antenna can mathematically calculate the antenna's latitude, longitude, and sometimes altitude with a high level of precision.

j.      The "Internet" is a global network of computers and other electronic devices that communicate with each other.  Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

k.      "Internet Service Providers" ("ISPs"), as used herein, are commercial organizations that are in business to provide individuals and businesses access to the Internet.  ISPs provide a range of functions for their customers including access to the Internet, web hosting, e-mail, remote storage, and co-location of computers and other communications equipment.  ISPs can offer a range of options in providing access to the Internet including telephone based dial-up, broadband based access via digital subscriber line ("DSL") or cable television, dedicated circuits, or satellite based subscription.  ISPs typically charge a fee based upon the type of connection and volume of data, called bandwidth, which the connection supports.  Many ISPs assign each subscriber an account name – a user name or screen name, an "e-mail address," an e-mail mailbox, and a personal password selected by the subscriber.  By using a computer equipped with a modem, the subscriber can establish communication with an Internet Service Provider ("ISP") over a telephone line, through a cable system or via satellite, and can access the Internet by using his or her account name and personal password.

l.      "Internet Protocol address" or "IP address" refers to a unique number used by any device connecting to the internet (this can be either a computer, tablet, or Smartphone).  An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178).  Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. IP addresses can be "dynamic," meaning that the ISP assigns a different unique number to a computer every time it accesses the Internet.  IP addresses might also be "static," if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet. IP addresses are also used by computer servers, including web servers, to communicate with other computers. Most Internet Service Providers control a range of IP addresses.

m.      "Minor" means any person under the age of eighteen years.  See 18 U.S.C. § 2256(1).

n.      "Portable media player: is either a handheld digital storage device ("MP3 Player" or iPod for example) or an application embedded in a Smartphone, which is designed primarily to store and play audio, video, or photographic files.  However, a portable media player can also store other digital data.  Some portable media players can use removable storage media.  Removable storage media include various types of flash memory cards or miniature hard drives.  This removable storage media can also store any digital data.  Depending on the model, a portable media player may have the ability to store very large amounts of electronic data and may offer additional features such as a calendar, contact list, clock, or games.

o.      The terms "records," "documents," and "materials," as used herein, include all information recorded in any form, visual or aural, and by any means, whether in handmade form (including, but not limited to, writings, drawings, painting), photographic form (including, but not limited to, microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies), mechanical form (including, but not limited to, phonograph records, printing, typing) or electrical, electronic or magnetic form (including, but not limited to, tape recordings, cassettes, compact discs, electronic or magnetic storage devices such as floppy diskettes, hard disks, CD-ROMs, digital video disks ("DVDs"), Personal Digital Assistants ("PDAs"), Multi Media Cards ("MMCs"), memory sticks, optical disks, printer buffers, smart cards, memory calculators, electronic dialers, or electronic notebooks, as well as digital data files and printouts or readouts from any magnetic, electrical or electronic storage device).

p.      "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.  See 18 U.S.C. § 2256(2).

q.      "Smartphone" means a combination of a mobile phone / cellphone and a handheld computer that works off mobile networks and/or Wi-Fi, or a wireless connection.  A smartphone can do everything a personal computer can do, and because of its mobility, sometimes more.  A smartphone is a mobile phone with highly advanced features. A typical smartphone has a high-resolution touch screen display, Wi-Fi connectivity, Web browsing capabilities, and the ability to accept sophisticated applications. The majority of these devices run on any of these popular mobile operating systems: Android, Symbian, iOS, BlackBerry OS and Windows Mobile. A smartphone usually has a more powerful internal processing unit, more storage space, greater connectivity options and larger screen than a regular cell phone. Almost all smartphones now run on processors with high processing speeds coupled with low power consumptions. That means they allow you to play 3D games, browse the Web, update your social media accounts (i.e. Facebook, Instagram, Twitter), make phone calls, send/receive text messages, take pictures, make videos, and even compose word

6

documents on the device. A smartphone combines a cellphone with email and Web, music and movie player, camera, camcorder, GPS navigation, voice recorder, alarm clock, flashlight, photo album, address book and a lot more. It is also a personal assistant that delivers information and answers questions about almost everything through web browsing.  A smartphone is generally within reach at all times. Like with a traditional computer, smartphones have the ability to download and run hundreds of thousands of mobile applications that are both free and paid. All apps are created for both iPhones and Androids.  The earliest touch screen smartphones used resistive touchscreen displays, which required the use of slender pointing objects known as styli (or stylus in singular form). However, almost all of the smartphone models, like the iPhone and most Android phones, employ capacitive displays, which feature multi-touch finger gestures.

r.      "Tablet" means a mobile computer, typically larger than a phone yet smaller than a notebook, which is primarily operated by touching the screen.  Tablets function as wireless communication devices and can be used to access the Internet through cellular networks, "wi-fi" networks, or otherwise.  Tablets typically contain programs called apps, which, like programs on a personal computer, perform different functions and save data associated with those functions.  Apps can, for example, permit accessing the Web, sending and receiving e-mail, and participating in Internet social networks.

s.       "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image.  See 18 U.S.C. § 2256(5).

t.      "Website" consists of textual pages of information and associated graphic images.  The textual information is stored in a specific format known as Hyper-Text Mark-up Language ("HTML") and is transmitted from web servers to various web clients via Hyper-Text Transport Protocol ("HTTP").

u.      "Wireless telephone" (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals. These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones.  A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone.  In addition to enabling voice communications, wireless telephones offer a broad range of capabilities.  These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet.  Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device.

## <u>CHARACTERISTICS COMMON TO INDIVIDUALS WHO ACCESS WITH INTENT TO VIEW AND/OR RECEIVE CHILD PORNOGRAPHY</u>

6.       Based on my previous investigative experience related to child pornography

investigations, and the training and experience of other law enforcement officers with whom I

have had discussions, I know there are certain characteristics common to individuals who utilize

chat rooms, instant messaging apps, and social media sites to target minors for the purpose of

obtaining, through various means, images of child pornography:

a.       Individuals who access with intent to view and/or receive child pornography may receive sexual gratification, stimulation, and satisfaction from contact with children; or from fantasies they may have viewing children engaged in sexual activity or in sexually suggestive poses, such as in person, in photographs, or other visual media; or from literature describing such activity.

b.       Individuals who access with intent to view and/or receive child pornography may collect sexually explicit or suggestive materials, in a variety of media, including photographs, magazines, motion pictures, videotapes, books, slides and/or drawings or other visual media.  Individuals who have a sexual interest in children or images of children oftentimes use these materials for their own sexual arousal and gratification.  Further, they may use these materials to lower the inhibitions of children they are attempting to seduce, to arouse the selected child partner, or to demonstrate the desired sexual acts or to refresh their memories of prior sexual child abuse activities they have committed.

c.       Individuals who access with intent to view and/or receive child pornography almost always possess and maintain their "hard copies" of child pornographic material, that is, their pictures, videos, films, video tapes, magazines, negatives, photographs, correspondence, mailing lists, books, tape recordings, etc., in the privacy and security of their home, vehicle, or workplace, or some other secure, web based or cloud based, location.  Individuals who have a sexual interest in children or images of children typically retain pictures, videos, films, photographs, negatives, magazines, correspondence, books, tape recordings, mailing lists, child erotica, and videotapes for many years. Many of these collections can be found on external media storage devices that are easily concealed in the home, a vehicle, or the workplace, away from family members or co-workers who could stumble upon the collection.

d.        Likewise, individuals who access with intent to view and/or receive child pornography often maintain their collections that are in a digital or electronic format in a

8

safe, secure and private environment, such as a computer, web based program, cloud based program, or secure third party application on a mobile device or computer. These collections are often maintained for several years and are kept close by. Physically they can be kept at the collector's residence, a storage building(s) or inside the collector's vehicle, to enable the individual to view the collection, which is valued highly. Digitally they are kept on the device(s) the individual has on their person the most, or a device only they know the password to.  Many traders and collectors of child pornography will ensure their collection, or at least part of their collection, is in a location they have frequent or easy access to and maintain "eyes on" the collection at all times.  In your affiant's training and experience, collectors of child pornography will either have a location in their residence, in an outbuilding, in their personal vehicles, or at work, where they maintain their non-cloud-based collection.

e.      Individuals who access with intent to view and/or receive child pornography also may correspond with and/or meet others to share or trade information and materials. They rarely destroy correspondence from other child pornography distributors/collectors. They conceal such correspondence as they do their sexually explicit material. They often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography. Sometimes these lists are kept physically, but in more and more cases, the lists are maintained on a mobile or electronic device, or within an application or web based program (like a friends list on a social media application).

f.      Individuals who access with intent to view and/or receive child pornography also can, and will, maintain a separate mobile device for their collection, storage, and correspondence in regards to child pornography.  These devices are usually kept hidden from family members, partners, and co-workers, in locations either only the collector has access to, or location others have limited access to (for example, an outbuilding, workshop, file cabinet drawer, vehicle if each member of the family has their own, or locked safe).  These locations can also be storage locations for any external devices (mentioned above) that may contain a collection.

g.      Individuals who access with intent to view and/or receive child pornography prefer not to be without their child pornography for any prolonged time period.  This behavior has been documented by law enforcement officers involved in the investigation of child pornography throughout the world.

## BACKGROUND ON COMPUTERS AND CHILD PORNOGRAPHY

7.      Computers and digital technology have dramatically changed the way in which individuals interested in child pornography interact with each other.  Computers basically serve

four functions in connection with child pornography:  production, communication, distribution, and storage.

8.     In the past, technology for the transfer of child pornography images consisted of child pornographers' transferring printed photographs into a computer-readable format with a device known as a scanner.  Now, with the advent of digital cameras, when the photograph is taken it is saved as a digital file that can be directly transferred to a computer by simply connecting the camera to the computer.  In the last ten years, the resolution of pictures taken by digital cameras has increased dramatically, meaning the photos taken with digital cameras have become sharper and crisper.  Photos taken on a digital camera are either stored on a removable memory card in the camera, which store up to, or even over, 64 gigabytes of data, equivalent to hundreds of thousands of high-resolution photographs, or the camera is Bluetooth or Wi-Fi capable so the images can be transferred directly to another device, or directly into a social media account on the internet.  Video camcorders, which once recorded video onto tapes or mini-CDs, are now just video cameras that can save video footage in a digital format directly to a hard drive embedded in the camera, or onto a transferable media storage device like a SD card. Some video cameras now even have Bluetooth or Wi-Fi capabilities so they can transfer the image directly to another device, or directly into a social media account on the internet.  For the old camcorders, the video files can be easily transferred from the camcorder to a computer via a cable that comes with the camcorder.  Now, all Smartphones come with a digital camera embedded into the device itself.  The resolution on some of the embedded cameras on Smartphones can be of a higher resolution than portable digital cameras.  The digital camera embedded in a Smartphone can save the image directly onto the device, into a specific folder on

10

the device, to a third party application installed on the Smartphone, to a loose media storage card inserted into the Smartphone, or the image can be directed to transmit to an external device via wireless or Bluetooth connectivity between the Smartphone and the selected external device.

9.      A device known as a modem allows any computer to connect to another computer through the use of telephone, cable, or wireless connection (Wi-Fi).  Electronic contact can be made to literally millions of computers around the world.  The ability to produce child pornography easily, reproduce it inexpensively, and market it anonymously (through electronic communications) has drastically changed the method of distribution and receipt of child pornography.  Child pornography can be transferred via electronic mail, through file transfer protocols (FTPs), through Peer-to Peer software, and through social media applications, to anyone with access to a computer, laptop, tablet, Smartphone, and a modem.  Because of the proliferation of commercial services that provide electronic mail service, chat services (i.e., "Instant Messaging"), social media sites, free applications for Smartphones and tablets, all with easy access to the Internet, the computer, laptop, tablet, and Smartphone is a preferred method of production, distribution and receipt of child pornographic materials.

10.      The computer's, laptop's, tablet's, and Smartphone's ability to store images in digital form makes these devices themselves an ideal repository for child pornography.  The size of the electronic storage media (commonly referred to as the hard drive) used in all forms of electronics has grown tremendously within the last several years.  These drives can store hundreds of thousands of images at very high resolution.  In addition, there are numerous options available for the storage of computer or digital files.  One, two, and even four-Terabyte external and internal hard drives are not uncommon in today's computers and laptops.  Other media

storage devices include CDs, DVDs, "thumb," "jump," or "flash" drives, and external hard drives, which are very small devices that are plugged into a port on the computer, laptop, or some tablets.  It is extremely easy for an individual to take a photo with a digital camera, upload that photo to a computer, laptop, and some tablets, and then copy it (or any other files on the device) to any one of those media storage devices. Media storage devices are constantly being made smaller and smaller in size, and also being made to look like everyday items, that they can easily be concealed and carried on an individual's person (like on a key ring, in a purse or wallet, or on a belt buckle).

11.     The Internet affords individuals several different venues for obtaining, viewing, and trading child pornography in a relatively secure and anonymous fashion.

12.     Individuals also use online resources to retrieve and store child pornography, including services offered by Internet Portals such as Yahoo!, Google, and Hotmail, among others.  The online services allow a user to set up an account with a remote computing service that provides e-mail services as well as electronic storage of computer files in any variety of formats.  A user can set up an online storage account from any computer with access to the Internet.  Even in cases where online storage is used, however, evidence of child pornography can be found on the user's computer, laptop, tablet, or external media in most cases.  All Smartphones now come with the option to have all of the phone's data systematically updated to a provider's cloud storage.  All iPhones have the ability to back up a phone's data to iCloud and all Android phones have the ability to have the phone's data backed up to Google Cloud Storage. This automatic backup also can back up some third party applications.  But most third party applications, once installed on a mobile device, will keep the individual's contents on one of

their own servers, located elsewhere.

13.     As is the case with most digital technology, communications by way of electronic device can be saved or stored on the device used for these purposes.  Storing this information can be intentional, i.e., by saving an e-mail as a file on the computer or saving the location of one's favorite websites in, for example, "bookmarked" files.  Digital information can also be retained unintentionally, e.g., traces of the path of an electronic communication may be automatically stored in many places (e.g., temporary files or ISP client software, among others).  In addition to electronic communications, a computer user's Internet activities generally leave traces or "footprints" in the web cache and history files of the browser used.  Such information is often maintained indefinitely until overwritten by other data.

## **PROBABLE CAUSE**

14.     On September 25, 2018, the National Center for Missing and Exploited Children, located in Alexandria, Virginia, received information in the form of a CyberTipline Report, from Tumblr, 201 West 7th Street, Richmond, Virginia, in regard to a Tumblr user distributing child pornography.  Tumbler submitted a representative sample of the blog's contents (46 images and 2 videos) with their report.

15.     Per Tumblr's Law Enforcement Guide, Tumblr is a media network that allows users to create, post, share, and follow the digital media that they love.  Tumblr is an app that can be downloaded to both Android and iOS devices.  As of December 2019, Tumblr had over 487.1 million blogs registered.  Per their website, "Tumblr is your canvas. Post text, photos, GIFs, videos, live videos, audio, anything. Make your own GIFs.  Cover them in stickers and text, if you like.  Be yourself.  Look however, you want.  Customize your Tumblr's colors, fonts, layout,

everything.  Follow whatever topics you're interested in.  Find new ones you didn't even know exist.  Connect with your people.  Join millions of people in millions of communities across millions of #tags.  See something you love?  Reblog it to your Tumblr and start a conversation. Or just lurk, if you're feeling shy.  No big deal.  It's a whole big world in here.  Come on in."

16.     Tumblr is an open platform and most Tumblr information is posted publicly, so the user can usually view Tumblr blog posts, likes, and reblogs by simply visiting the appropriate Tumblr blog or tag page.  A Tumblr user does not need a Tumblr account in order to view content posted publicly.  A user can subscribe to a blog the user follows to get notifications whenever it's updated with a fresh post.  A primary blog is the one a user created when the user signed up for Tumblr.  It gives the user full use of Tumblr's social features, including follow, like, ask, and submit.  Secondary blogs are any blogs a user creates in addition to the user's primary blog. A user can create up to 10 of these per day.

17.     Group blogs are blogs with multiple members (the name "Group blog" was not intended to be mysterious).  Only secondary blogs can be group blogs.  If the user is an Administrator of a Group Blog, the user can add new members, remove existing members, and delete posts by any member.  New members receive an email to their email address they registered with Tumblr with the request to join the Group Blog.  Group Blogs can have one member or many members.  If a user is the sole member of the blog, choosing "Delete blog" will remove it from Tumblr and release its URL for anyone to use. However, if there's at least one remaining member of the blog, the user can't delete it, but choosing "Leave blog" will remove the user from it.  If a user was the only blog Administrator, another member will be

14

automatically promoted to Administrator. Again, that means the blog won't be deleted but the user won't have access to it anymore.

18.     Password-protected blogs can only be viewed when the correct password has been entered.  The user can customize the theme and add members just like any other secondary blog, but the blog cannot be followed (and therefore won't show up in anyone's dashboard), and its posts cannot be liked or reblogged.  All of the administrators for these blogs have the ability to change or remove the password protection.

19.     According to Tumblr's website, adult content is not allowed on Tumblr, regardless of how old the users are.  Adult content primarily includes photos, videos, or GIFs that show real-life human genitals or female-presenting nipples, and any content—including photos, videos, GIFs and illustrations—that depicts sex acts.

20.     According to Tumblr's website, Tumblr collects and stores non-public user information in accordance with their Terms of Service and Privacy Policy.  The information they retain may not be the information of a real person, for example, if the user has created a fake or anonymous profile. Tumblr does not require identity authentication.

21.     Tumblr was founded in February 2007 and its headquarters are located at 12 East 49th Street, 11th Floor, New York, New York.

22.     In exceptional circumstances, such as cases involving the sexual exploitation of a child, Tumblr may elect not to provide user notice before complying with the request.  If an investigation involves such an exceptional circumstance, law enforcement should provide a description of the situation to Tumblr for their evaluation.  In these exceptional circumstances, it is Tumblr's policy is to notify the affected users 90 days after the time we respond to the request.

15

23.     Tumblr reports any apparent instances of child exploitation it discovers to the National Center for Missing and Exploited Children (NCMEC), including information brought to Tumblr's attention by government requests.

24.     The National Center for Missing and Exploited Children® (NCMEC) was established in 1984 as a private, nonprofit 501(c)(3) organization.  NCMEC provides services nationwide for families and professionals in the prevention of abducted, endangered, and sexually exploited children.  Pursuant to its mission and its congressional authorization (see 42 U.S.C. § 5773), NCMEC operates the CyberTipline and the Child Victim Identification Program to assist law enforcement in identifying victims of child pornography and child sexual exploitation and works with law enforcement, Internet Service Providers, electronic payment service providers, and others to reduce the distribution of child sexual exploitation images and videos over the Internet.  NCMEC does not investigate and cannot verify the accuracy of information reported to NCMEC. NCMEC forwards reports of child sexual exploitation to law enforcement for purposes of investigation and disposition of potential criminal wrongdoing to be determined solely by the relevant law enforcement agency and prosecutor's office.

25.     Per the CyberTipline Report filed by Tumblr to NCMEC, the URL: daddy69foryou.tumblr.com, was shown active in a blog that was distributing and receiving images and videos of child pornography on September 25, 2018 at 17:11:00 UTC (converted this is 1:11:00 pm EST).  The registered email address Tumblr had associated with this URL was larryfoleyjr@gmail.com.  The screen name associated with the URL was daddy69foryou.  The last IP Address associated with this user at the time of the report to NCMEC was 2600:1015:b106:1ea6:84d:d83b:1491:be6b.  This IP Address resolves back to Verizon Wireless.

16

Through your affiant's training and experience, this means Larry Foley is at least using a device that can connect to cellular data to access his Tumblr account.  As mentioned in paragraph 5, there are many types of devices that can connect to cellular data which a person can carry on their physical person, in a bag or backpack, or in their car.  All of these devices provide easy access to the offender's contraband.

26.     On December 27, 2018, in response to an administrative subpoena, Tumblr, Inc. provided the following additional information to what was provided in the original CyberTipline Report, captured in paragraph 25; Tumblr account daddy69foryou was created on January 14, 2013; and the account was terminated by Tumblr on September 25, 2018.

27.     On November 11, 2018, in response to an administrative subpoena, Google, Inc. provided the following information in regards to the email account larryfoleyjr@gmail.com: created on December 26, 2009; recovery email for the account, larry_foley5@mymail.eku.edu; phone number associated with the account, ████-8630; and IP Addresses for logins that resolve to Charter Communications.

28.     On November 21, 2018, in response to an administrative subpoena, Verizon Wireless provided the following information in regards to the phone number ████8630: registered to Larry D. Foley; address 236 Elkmont Drive, Berea, Kentucky; work telephone ██-████; and effective May 21, 2009.

29.     On November 19, 2018, in response to an administrative subpoena, Charter Communications provided the following information in regards to Google login IP Address 24.95.142.95 on June 24, 2018 and IP Address 2605:a000:7805:f200:30dc:ad63:333c:2024 on July 28, 2018, both obtained from subpoena returns mentioned above, and both resolving to the

17

same information:  subscriber name Larry Foley; subscriber address 236 Elkmont Drive, Berea, Kentucky; email address associated with the account larryfoley@twc.com and larryfoleyjr@gmail.com; phone number ████-8630; and MAC 441ca8dcec99.

30.     Also requested in the same subpoena to Charter Communications was information on IP Address 174.97.208.120 from September 10, 2018 and October 19, 2018, obtained from the Google subpoena return results.  This IP Address resolves back to Company Xact Arcadia Co; 993 Four Mile Road, Richmond, Kentucky; account number 933955701; and MAC 14b7f8e6239f.  Open source records indicate this is the address of LaFontaine Preparatory School, physically located at the above address.  Also, these open source records indicate Larry Foley is a Social Studies and Engineering Teacher for 3rd to 5th graders at LaFontaine.  Kentucky Driver's License Database for Larry Foley has a date of birth of ████ 1971.

31.     NCMEC submitted the images provided by Tumblr with the CyberTipline Report for analysis in their database to determine if any of the images depicted identified child victims.  Seven of the 46 images submitted to NCMEC through the CyberTipline Report were positively identified as children law enforcement has rescued from child sexual exploitation.

32.     Your affiant has reviewed the images submitted by Tumblr from the daddy69foryou.tumblr.com blog and confirms the images depict the lewd and lascivious exhibition of a minor engaged in sexually explicit conduct.  All of the images are of minor females, most under the age of 12 years old and some under the age of 6 years old.  In most of the images, the focus of the image is on the minor female's vagina.  One of the images depicts two minor females, under the age of 6 years old, performing oral sex on an adult male penis.  Another image depicts a minor female's genital area, with a banana inserted into the vagina.

18

Another image depicts a minor female, whose legs are being held up and apart by an adult hand, with a purple butt plug inserted into the anus.  Another image depicts an adult male penis penetrating a minor female's vagina.

33.     In March of 2019, your affiant obtained information from an FBI authorized records database, which reported that Larry D. Foley, Jr. is the owner of three vehicles: A white 2005 Chevrolet Silverado Crew pickup truck, VIN# 1GCHK23205F828821, Kentucky Military license plate 1770AN; a mauve 2013 Hyundai Genesis Sedan 4 door, VIN# KMHGC4DD8DU256374, Kentucky Military license plate 5313FH; and a mauve 2013 Hyundai Santa Fe - 4 door wagon, VIN# KM8SNDHF7DU010612, Kentucky license plate 725PKZ. Your affiant confirmed the above information on January 2, 2020.

34.     On January 6, 2020, pursuant to a federal search warrant issued in the Eastern District of Kentucky by U.S. Judge Matthew A. Stinnett, a search was conducted at the residence of Larry D. Foley, Jr.  Located on the primary cell phone owned and controlled by Larry D. Foley, Jr., were approximately 8 images of child pornography.  Once these images were recovered, the forensic review of the images contained on the Foley's phone, a Samsung Galaxy S9, SN#R58M73NHG9F, was terminated.  The images located had a last modified date of November 2019.  The scope of the previously-issued search warrant ends on September 25, 2018.  The images were located in good faith, looking for those that pertained to the scope of the warrant.

35.     Also found on the cell phone listed in paragraph 34, was the email address referenced in the above paragraphs of this affidavit, specifically, larryfoleyjr@gmail.com. This was the email address associated with the primary applications discovered on the phone. The

telephone number ██████ 8630, was the number assigned to the Samsung Galaxy S9 listed above.

36.     Based on all of the information listed above, Larry D. Foley, Jr., was arrested on charges of Possession of a matter containing visual depictions that had been transported in and affecting interstate or foreign commerce, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, in accordance with 18 U.S.C. §2252(a)(4)(B).  Review of the cell phone and other items seized will continue once authorization is obtained from the courts to search beyond the end date listed on the original warrant.  Affiant intends to prepare and have submitted to the Court, in consultation with the United States Attorney's Office, a new search warrant authorizing the search and forensic examination of additional electronic devices obtained during the execution of the initial search warrant.

37.     I submit that this affidavit supports probable cause for a criminal complaint charging the offense of knowingly possessing a matter containing visual depictions that had been transported in and affecting interstate and foreign commerce, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, in violation of 18 U.S.C. §2252(a)(4)(B).

## REQUEST FOR SEALING

38.     It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit for the criminal complaint.  I believe that sealing this document is necessary because the items and information to be seized are relevant to an ongoing investigation into the criminal organizations

as not all of the targets of this investigation will be searched at this time.  Based upon my

training and experience, I have learned that online criminals actively search for criminal

affidavits and search warrants via the Internet, and disseminate them to other online criminals as

they deem appropriate, i.e., post them publicly online through the carding forums.  Premature

disclosure of the contents of this affidavit and related documents may have a significant and

negative impact on the continuing investigation and may severely jeopardize its effectiveness.

> Respectfully submitted,

Signed remotely per FRCP 4.1.  See addendum.

Kimberly Hill Kidd
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this ___7th___ day of January 2020.

Matthew A. Stinnett
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Larry D. Foley, Jr. (DOB:▮▮▮-1971), White Male, 236 | ) Case No.   20-MJ-5002 |
| Elkmont Dr., Berea, KY 40403 | ) |
| | ) |
| | ) |
| | ) |

_Defendant_

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Larry D. Foley, Jr.                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment       ❒ Superseding Indictment       ❒ Information       ❒ Superseding Information       ☑ Complaint
❒ Probation Violation Petition       ❒ Supervised Release Violation Petition       ❒ Violation Notice       ❒ Order of the Court

This offense is briefly described as follows:

On or about Januay 6, 2020, in Madison County, in the Eastern District of Kentucky, the Defendant knowingly possessed one or more matters which contain any visual depiction that has been shipped or transported using any means or facility of interstate or foreign commerce, including by computer, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

Date:       01/07/2020

_Issuing officer's signature_

City and state:       Lexington, Kentucky

Matthew A. Stinnett, U.S. Magistrate Judge

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Larry D. Foley, Jr.

Known aliases:

Last known residence:   236 Elkmont Drive, Berea, KY 40403

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:   ████/1971

Social Security number:

Height:                                                          Weight:

Sex:   Male                                                Race:   White

Hair:                                                            Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:   FBI SA Kimberly Kidd

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

*Rule 4.1 Addendum*

Per Rule 4.1, the Court processed the complaint remotely. The Court verified the Affiant's identity (through Affiant self-identification and by personal knowledge). Affiant attested to the affidavit and complaint, which the AUSA transmitted by remote electronic means (e-mail). The Court issued the original complaint and transmitted same to the responsible AUSA, by remote electronic means (e-mail). The process complied with Rule 4.1.

Matthew A. Stinnett
United States Magistrate Judge

Date and Time:  **11:30 AM, Jan 7, 2020**