UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**

JUN 18 2020

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.         SUPERSEDING INDICTMENT NO. 5:20-CR-00025-S-DCR-MAS

LARRY DALE FOLEY, JR.

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 2252(a)(2)

On or about December 17, 2018, in Madison County, in the Eastern District of Kentucky,

**LARRY DALE FOLEY, JR.**

did knowingly receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

### COUNT 2
### 18 U.S.C. § 2252(a)(2)

On or about December 30, 2018, in Madison County, in the Eastern District of Kentucky,

**LARRY DALE FOLEY, JR.**

did knowingly distribute a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 3
## 18 U.S.C. § 2252(a)(4)(B)

On or about January 6, 2020, in Madison County, in the Eastern District of Kentucky,

**LARRY DALE FOLEY, JR.**

did knowingly possess a matter containing visual depictions that had been transported in and affecting interstate and foreign commerce, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(4)(B).

## COUNT 4
## 18 U.S.C. § 2251(a)

Between on or about March 1, 2018, and continuing through on or about September 30, 2019, in Madison County, in the Eastern District of Kentucky, and elsewhere,

**LARRY DALE FOLEY, JR.**

employed, used, persuaded, induced, enticed, and coerced a minor, A.F., to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, knowing and having reason to know that the visual depiction was produced or transmitted

using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including computer, all in violation of 18 U.S.C. § 2251(a).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 2253

By virtue of the commission of the offenses alleged in this Superseding Indictment, any and all interest **LARRY DALE FOLEY, JR.** has in the following property:

### COMPUTER AND ASSOCIATED EQUIPMENT:

1. Samsung Galaxy S9 cell phone, serial number R58M73NHG9F;
2. Samsung cell phone, Model SCH-1535, IMEI number 990001149494114;
3. Samsung cell phone, Model SCH-1545, IMEI number 990004942129747;
4. Amazon Fire tablet, FCC ID number 2A1P4-4639;
5. Samsung tablet, IMEI number 990000244126266;
6. Samsung Galaxy Edge cell phone, IMEI number 358166075470499;
7. Dell laptop, serial number 6FMVZ52;
8. SanDisk Micro 2.0 GB flash drive;
9. Samsung Galaxy S7 Edge cell phone, IMEI number 358166070499840;
10. Chrome book laptop, serial number P203NXUY;
11. HP Pavilion laptop, serial number CNF9433JF8;
12. Compaq Presario laptop, serial number CNF021F3WC; and
13. All software and peripherals which are contained on or associated with the listed computers.

is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 2253.


_____
ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## **PENALTIES**

**COUNTS 1-2:** Not less than 5 years nor more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**COUNT 3:** Not more than 10 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

Not more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release if any visual depiction involves a prepubescent minor.

**COUNT 4:** Not less than 15 years nor more than 30 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count. Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110, committed after May 29, 2015 through September 30, 2021.

**PLUS:** Restitution, if applicable.